Lodged

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

NOV 0 8 2021

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

Lynda Kozlowicz
Post Office Box 472
Fort Duchesne, Utah 84026
Telephone: (435) 722-6707

November, 05, 2021

U.S. District Court
Office of the Clerk
351 South West Temple
Salt Lake City, Utah 84101

Re: Tara Jeanne Amboh v. Duchesne County,
and Stephone Foote,
2:21-CV-00564-CMR

Dear Hon. Cecilia M. Romero Magistrate Judge

The following have filed the foregoing: AFFIDAVIT OF LYNDA KOZLOWICZ SERVED 8th DISTRICT COURT DUCHESNE COUNTY, which are hereby filed for the court.

I, Lynda M. Kozlowicz, being duly sworn according to law and being over the age of 18, upon my oath depose and say that: I am of the Record for Plaintiff.

That the above, I served the Court Summon and Indian Country Complaint on Defendant in the above-captioned matter upon: delivered to physical work place address:

8th District Court Duchesne County
21554 West 9000 South
Duchesne, Utah 84021

by depositing the copy of same, addressed to Duchesne County, Political Subdivision respectfully, and enclosed properly addressed 8th DISTRICT COURT DUCHESNE COUNTY, in an official depository maintained by Federal Express. Dated Nov. 04, 2021. time 1:33 pm P.M. (**attached herein**).

1 of 2

```
MAILBOX
(435)722-0766
560 EAST 200 NORTH
ROOSEVELT, UTAH
84066


Shipment--------------------------------
  FedEx Ground
  Ship To:
      8TH DISTRICT COURT DUCHESNE COUNTY
      21554 WEST 900 SOUTH
      DUCHESNE, UT 84021
  Package ID: 35862          22.67
  Tracking #: 285732459149
  Expected arrival: Fri 11/05 11:59 PM
  Declared value: $100.00 [$0.00]
  Adult Signature Requir [$9.00]
Shipment--------------------------------
  FedEx Ground
  Ship To:
      STEPHEN FOOTE
      DUCHESNE COUNTY ATTY
      21554 WEST 9000 SOUTH
      DUCHESNE, UT 84021
  Package ID: 35863          20.36
  Tracking #: 285732581279
  Expected arrival: Fri 11/05 11:59 PM
  Declared value: $100.00 [$0.00]
  Direct Signature Requi [$7.50]

    SUBTOTAL              43.03
    TAX                    0.00
    TOTAL                 43.03
TEND Cash                  0.00
TEND Cash                 43.03

Total shipments: 2
LINDA KOZLOWICZ
                          11/04/2021
#5914                      01:33 PM
Workstation: 0 - Master Workstation

Signature: [signed]

By signing this receipt you are acknowledging th
at the information on the label is true and cor
rect and Mailbox is NOT responsible for any retu
rned package. Once a package leaves Mailbox it a
utomatically becomes the carrier's responsibilit
y.


***********************************
Thank you for your business
***********************************
```

Lynda Kozlowicz
Post Office Box 472
Fort Duchesne, Utah 84026

SALT LAKE CITY UT 840
5 NOV 2021 PM 1 L



U.S. District Court
Office of the Clerk
351 South West Temple
Salt Lake City, Utah 84101

84101-194875