RECEIVED CLERK

NOV 0 8 2021

U.S. DISTRICT COURT

Lynda Kozlowicz
Post Office Box 472
Fort Duchesne, Utah 84026
Telephone: (435) 722-6707

November. 05, 2021

U.S. District Court
Office of the Clerk
351 South West Temple
Salt Lake City, Utah 84101

    Re:  <u>Tara Jeanne Amboh v. Duchesne County,
         and Stephone Foote</u>,
         2:21-CV-00564-CMR

Dear Hon. Cecilia M. Romero Magistrate Judge

    The following have filed the foregoing: AFFIDAVIT OF LYNDA KOZLOWICZ SERVED <u>DUCHESNE COUNTY ATTORNEY STEPHENE FOOTE</u>, which are hereby filed for the court.

    I, Lynda M. Kozlowicz, being duly sworn according to law and being over the age of 18, upon my oath depose and say that: I am of the Record for Plaintiffs.

    That the above, I served Court Summons and Indian Country Complaint on the Defendant Stephen Foote in the above-captioned matter upon: delivered to physical work place address:

Stephene Foote
Duchesne County Attorney
21554 W 9000 S.
Duchesne County, Utah 84021

by depositing the copy of same, addressed to individual respectfully, and enclosed with properly addressed: STEPHENE FOOTE DUCHESNE COUNTY ATTORNEY, in an official depository maintained by Federal Express. Dated Nov. 04, 2021. time 1:33 PM. (**attached herein**).

    That on the same date as above, I delivered

a copy of Court Summons for Defendant on Indian County Complaint. All parties required to be served have been served.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _05_ day of Nov. 2021.

_____
Lynda Kozlowicz

Sworn to and subscribed before me this _5-th_ day of Nov. ~~2018~~ 2021. wc

_____
Notary Public

NOTARY PUBLIC
WEI-CHE CHANG
COMM. # 712207
MY COMMISSION EXPIRES
MAY 26, 2024
STATE OF UTAH

```
MAILBOX
(435)722-0766
560 EAST 200 NORTH
ROOSEVELT, UTAH
84066


Shipment---------------------------
    FedEx Ground
    Ship To:
        8TH DISTRICT COURT DUCHESNE COUNTY
        21554 WEST 900 SOUTH
        DUCHESNE, UT 84021
    Package ID: 35862           22.67
    Tracking #:  285732459149
    Expected arrival: Fri 11/05 11:59 PM
    Declared value: $100.00 [$0.00]
    Adult Signature Requir [$9.00]
Shipment---------------------------
    FedEx Ground
    Ship To:
        STEPHEN FOOTE
        DUCHESNE COUNTY ATTY
        21554 WEST 9000 SOUTH
        DUCHESNE, UT 84021
    Package ID: 35863           20.36
    Tracking #:  285732581279
    Expected arrival: Fri 11/05 11:59 PM
    Declared value: $100.00 [$0.00]
    Direct Signature Requi [$7.50]

    SUBTOTAL                    43.03
    TAX                          0.00
    TOTAL                       43.03
TEND Cash                        0.00
TEND Cash                       43.03

Total shipments: 2
LINDA KOZLOWICZ
                              11/04/2021
#5914                         01:33 PM
Workstation: 0 - Master Workstation

Signature [signed: Linda Kozlowicz]

By signing this receipt you are acknowledging th
at the information on the  label is true and cor
rect and Mailbox is NOT responsible for any retu
rned package. Once a package leaves Mailbox it a
utomatically becomes the carrier's responsibilit
y.


**********************************
Thank you for your business
**********************************
```

Lynda Kozlowicz
Post Office Box 472
Fort Duchesne, Utah 84026



SALT LAKE CITY UT 840
5 NOV 2021 PM 1 L

U.S. District Court
Office of the Clerk
351 South West Temple
Salt Lake City, Utah 84101

84101-194875