Case 2:21-cv-00564-CMR   Document 13   Filed 11/09/22   PageID.99   Page 1 of 3

FILED
2022 DEC 1 AM 10:39
CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF UTAH, CENTRAL ▾

AMBOH,                                    )
                                          )
                                          )
                                          )
_____         )
        *Plaintiff(s)*                    )
            v.                            )     Civil Action No.  2:21-cv-00564-CMR
DUCHESNE COUNTY, te al,                   )
                                          )
                                          )
                                          )
_____         )
        *Defendant(s)*                    )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  8th District Court Duchesne County
                                       21554 West 9000 South
                                       21554 W 9000 S
                                       Duchesne, Utah 84021


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Tara J. Amboh
> Uinta Band Utah Indian
> Post Office Box 155
> Neola, Utah 84053


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

CLERK OF COURT

Date: ___Nov 9, 2022___                    _____
                                                 *Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

| Case:<br>Civil Action No. 2:21-cv-00564-CMR | Court:<br>UNITED STATES DISTRICT COURT for the DISTRICT OF UTAH, CENTRAL | County:<br>DUCHESNE | Job:<br>8024652 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>AMBOH, | | Defendant / Respondent:<br>DUCHESNE COUNTY, TE AL, | |
| Received by:<br>NIGHT HAWK PROCESS SERVICE & INVESTIGATIONS | | For:<br>UINTA BAND UTAH INDIAN | |
| To be served upon:<br>8TH DISTRICT COURT DUCHESNE COUNTY, | | | |

I, CLIFF GRIFFIS, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   8th DISTRICT COURT DUCHESNE COUNTY, 21554 WEST 9000 SOUTH DUCHESNE, UTAH 84021

Manner of Service:   DELIVERED COPY OF LEGAL DOCUMENTS TO COURT CLLERK AT THE 8th DISTRICT COURT IN DUCHESNE COUNTY ON NOVEMBER 30, 2023

Documents:   (21) DAY SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DAMAGES, FOR VIOLATIONS OF CIVIL CONGRESSIONAL TREATY RIGHTS AND FOR DECLARATORY INJUNCTIVE RELIEF, (Received Nov 23, 2022 at 12:19 pm MST)

Additional Comments:


_____           NOVEMBER 30, 2022

CLIFF GRIFFIS                               Date
Professional Process Server & P.I. Agent
#G102701 (UTAH)

Night Hawk Process Service & Investigations
P.O. Box 26051
Salt Lake City, UT 84126
801-989-2976

**Night Hawk Process Service & Investigations**
P.O. Box 26051
Salt Lake City, UT 84126

**INVOICE:** 8024652
Issued: Nov 30, 2022

**UINTA BAND UTAH INDIAN**
TARA J. AMBOH
POST OFFICE BOX 155
NEOLA, UT 84053

PAY TO:
**Night Hawk Process Service & Investigations**
**P.O. Box 26051**
**Salt Lake City, UT 84126**

| Case: | Civil Action No. 2:21-cv-00564-CMR | **Plaintiff / Petitioner:** | AMBOH, |
|---|---|---|---|
| Job: | 8024652 | **Defendant / Respondent:** | DUCHESNE COUNTY, TE AL, |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| SERVICE INVOICE | PROCESS SERVICE FEE | $80.00 | 1 | $80.00 |

Thanks for your business. Please pay the "Balance Due" within 14 days.

| | |
|---|---|
| Total: | $80.00 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$80.00** |

PROCESS SERVICE FEE PAID IN FULL

Night Hawk Process Service & Investigations  •  P.O. Box 26051, Salt Lake City, UT 84126

Call: 801-989-2976  •  Fax: 385-238-4660  •  Email: nighthawkprocess@gmail.com