AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF UTAH, CENTRAL ▼

AMBOH, )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:21-cv-00564-CMR
DUCHESNE COUNTY, te al, )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Duchesne County Attorney
Stephone Foote
21554 W 9000 S
Post Office Box 206
Duchesne, Utah 84021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tara J. Amboh
Uinta Band Utah Indian
Post Office Box 155
Neola, Utah 84053

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar
**CLERK OF COURT**

Date: Nov /9/22                          _____
                                          *Signature of Clerk or Deputy Clerk*

FILED
2022 DEC 1 AM 10:40
CLERK
U.S. DISTRICT COURT

# AFFIDAVIT OF SERVICE

| Case: Civil Action No. 2:21-cv-00564-CMR | Court: UNITED STATES DISTRICT COURT for the DISTRICT OF UTAH, CENTRAL | County: DUCHESNE | Job: 8024443 |
|---|---|---|---|
| Plaintiff / Petitioner: AMBOH, | | Defendant / Respondent: DUCHESNE COUNTY, TE AL, | |
| Received by: NIGHT HAWK PROCESS SERVICE & INVESTIGATIONS | | For: UINTA BAND UTAH INDIAN | |
| To be served upon: DUCHESNE COUNTY ATTORNEY, STEPHONE FOOTE, | | | |

I, CLIFF GRIFFIS, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** DUCHESNE COUNTY ATTORNEY, STEPHONE FOOTE, 21554 W. 9000 S. POST OFFICE BOX 206 DUCHENSE, UTAH 84021

**Manner of Service:** DELIVERED COPY OF SERVICE TO DUCHESNE COUNTY ATTORNEY'S OFFICE & WITH INSTRUCTIONS FROM ELAINE/PARALEGAL ALSO EMAILED A COPY TO STEPHONE FOOTE'S DIRECT EMAIL ON NOVEMVER 30, 2022

**Documents:** (21) DAY SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DAMAGES, FOR VIOLATIONS OF CIVIL CONGRESSIONAL TREATY RIGHTS AND FOR DECLARATORY INJUNCTIVE RELIEF, (Received Nov 23, 2022 at 12:19 pm MST)

**Additional Comments:**

_\[signature\]_   NIVEMBER 30, 2022

CLIFF GRIFFIS   Date
Professional Process Server & P.I. Agent
#G102701 (UTAH)

Night Hawk Process Service & Investigations
P.O. Box 26051
Salt Lake City, UT 84126
801-989-2976

**Night Hawk Process Service & Investigations**
P.O. Box 26051
Salt Lake City, UT 84126

INVOICE: 8024443
Issued: Nov 30, 2022

**UINTA BAND UTAH INDIAN**
TARA J. AMBOH
POST OFFICE BOX 155
NEOLA, UT 84053

PAY TO:
**Night Hawk Process Service & Investigations**
P.O. Box 26051
Salt Lake City, UT 84126

| Case: | Civil Action No. 2:21-cv-00564-CMR | Plaintiff / Petitioner: | AMBOH, |
|---|---|---|---|
| Job: | 8024443 | Defendant / Respondent: | DUCHESNE COUNTY, TE AL, |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| SERVICE INVOICE | PROCESS SERVICE FEE | $80.00 | 1 | $80.00 |

Thanks for your business. Please pay the "Balance Due" within 14 days.

SERVICE COST PAID IN FULL

Total: $80.00
Amount Paid: ($0.00)
**Balance Due: $80.00**

Night Hawk Process Service & Investigations • P.O. Box 26051, Salt Lake City, UT 84126

Call: 801-989-2976 • Fax: 385-238-4660 • Email: nighthawkprocess@gmail.com